UNITED STATES of America,
Plaintiff—Appellee,

v.

Omar HERNANDEZ–CABRERA,
Defendant—Appellant.

No. 01–10478.

D.C. No. CR–01–00161–ROS.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.*

Decided July 31, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Omar Hernandez–Cabrera appeals from his guilty plea conviction for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). Hernandez–Cabrera's has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Hernandez–Cabrera has not filed a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues for review. Counsel's

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.